

1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

11   MARIA MANZANAREZ,              )   Case No. EDCV12-2079-UA (Duty)
12                    Plaintiff,    )
                                    )   ORDER SUMMARILY REMANDING
13              vs.                 )   IMPROPERLY-REMOVED ACTION
                                    )
14   TONNETTE BELL,                 )
                                    )
15                    Defendants.   )
                                    )
16                                  )
17

18        The Court will remand this unlawful detainer action to state court summarily
19   because it has been removed improperly.
20        On November 27, 2012, defendant Tonnette Bell, having been sued in what
21   appears to be a routine unlawful detainer action in California state court, lodged a
22   Notice of Removal of that action to this Court and also presented an application to
23   proceed *in forma pauperis*. The Court has denied the latter application under separate
24   cover because the action was not properly removed.  To prevent the action from
25   remaining in jurisdictional limbo, the Court issues this Order to remand the action to
26   state court.
27        Simply stated, plaintiff could not have brought this action in federal court in
28   the first place, in that defendant does not competently allege facts supplying either

1

1  diversity or federal-question jurisdiction, and therefore removal is improper. 28

2  U.S.C. §1441(a); see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545 U.S. 546, 563,

3  125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005). Even if complete diversity of citizenship

4  exists, the amount in controversy does not exceed the diversity-jurisdiction threshold

5  of $75,000. See 28 U.S.C. §§ 1332, 1441(b). On the contrary, the unlawful-detainer

6  complaint recites that the amount in controversy does not exceed $10,000.

7       Nor does plaintiff's unlawful detainer action raise any federal legal question.

8  See 28 U.S.C. §§ 1331, 1441(b).

9       Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the

10  Superior Court of California, Riverside County, 13800 Heacock Street, Moreno

11  Valley, CA 92553, for lack of subject matter jurisdiction pursuant to 28 U.S.C.

12  § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and

13  (3) that the Clerk serve copies of this Order on the parties.

14       IT IS SO ORDERED.

15

16

17  DATED: _____11/30/12_____

18                 GEORGE H. KING
               CHIEF UNITED STATES DISTRICT JUDGE

19

20  Presented by:

21

22

23  David T. Bristow
   United States Magistrate Judge

24

25

26

27

28